■ In the Matter of WILLIAM J. FITZPATRICK, as District Attorney of Onondaga County, Petitioner, v JOHN J. BRANDT, as Onondaga County Acting Supreme Court Justice, et al., Respondents. [605 NYS2d 1024] —Motions to dismiss petition granted without costs *(see, Matter of State of New York v*

*King,* 36 NY2d 59). Present—Callahan, J. P., Green, Doerr, Davis and Boehm, JJ. (Filed Oct. 25, 1993.)